**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILLIP WOOLGAR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KINGSTONE COMPANIES, INC., BARRY GOLDSTEIN, DALE A. THATCHER, and VICTOR J. BRODSKY,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-05500-RA<br><br>CLASS ACTION<br><br>Honorable Ronnie Abrams |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19

## [PROPOSED] REVISED SCHEDULING ORDER

WHEREAS, on October 3, 2019, the Court ordered Lead Plaintiff Donald Fitzherbert to file the amended complaint no later than December 3, 2019 with Defendants response to the amended complaint to be filed no later than February 3, 2020 (ECF No. 25);

WHEREAS, Lead Plaintiff has requested a two-week extension of the deadline to file the amended complaint, and Defendants do not object to Lead Plaintiff's request;

NOW THEREFORE, the following schedule shall apply to Lead Plaintiff's amended complaint and Defendants' response thereto:

1. Lead Plaintiff shall file his amended complaint by December 17, 2019; and

2. Defendants shall answer, move, or otherwise respond to Lead Plaintiff's amended complaint by February 18, 2020.

**IT IS SO ORDERED.**

Dated: November 26, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE RONNIE ABRAMS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE