UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP WOOLGAR, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

KINGSTONE COMPANIES, INC., BARRY GOLDSTEIN, DALE A. THATCHER, VICTOR J. BRODSKY, AND BENJAMIN WALDEN,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-16-20

19-CV-5500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 10, 2020, the Court issued an opinion granting Defendants' motion to dismiss the Amended Class Action Complaint. *See* Dkt. 61. In that opinion, the Court also granted Plaintiff leave to amend the complaint no later than September 11, 2020. *See id.* at 57. To date, Plaintiff has not done so. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    September 17, 2020
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge